AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

Title 8 USC Section 641 - Theft of Government Property and Money (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

### DEFENDANT - U.S.
▶ Kenneth Branche

DISTRICT COURT NUMBER
CR07-00384 WDB

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  H. H. (Shashi) Kewalramani

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
371 Stoneford Avenue
Oakland, CA 94603

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
Acting United States Attorney

E-filing

FILED
JUN 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BRANCHE,<br><br>Defendant. | No. CR07-00384<br><br>VIOLATION: 18 U.S.C. § 641- Theft of Government Funds (Class A Misdemeanor)<br><br>OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

On or about September 19, 2005, in the Northern District of California and elsewhere, the defendant,

KENNETH BRANCHE,

did knowingly embezzle, steal, purloin, and knowingly convert to his use money belonging to the United States and a department and agency thereof, namely, Federal Emergency Management Agency disaster relief funds intended for victims of Hurricane Katrina, and did receive, conceal, and retain such money with the intent to convert it to his gain, knowing it to have been

///

///

INFORMATION                                Page 1 of 2

1  embezzled, stolen, purloined, and converted, all in violation of Title 18, United States Code,
2  Section 641, a Class A misdemeanor.
3
4  DATED: June 15, 2007

        SCOTT SCHOOLS
        United States Attorney

        W. DOUGLAS SPRAGUE
        Assistant United States Attorney

(Approved as to form: _____)
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney