# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 20, 2007

VIA FACSIMILE (510) 637-3327
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612

**United States v. Kenneth Branche, CR 07-00384 WDB**
**RE: Request to continue court date from 7/23 to 7/24 for consent and change of plea**

Dear Judge Brazil:

I am writing to ask that the above-referenced case be continued from July 23, 2007, to Juoly 24, 2007 at 10:00 a.m. for consent and change of plea. The plea agreement is almost finalized but the additional day will allow the parties to provide a Court with a copy of the agreement the day before the change of plea. I will be out of the office from July 25, 2007 through August 13, 2007 and Mr. Branche is anxious to have the matter resolved as soon as possible. Should the Court continue the matter by one day to July 24, 2007, at 10:00 a.m. the parties should have time to provide the Court with a copy of the plea agreement prior to the entry of the change of plea. I have spoken with AUSA Shashi Kewalramani and he has no objection to moving the matter to July 24, 2007 for change of plea.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

cc:   Shashi Kewalramani, AUSA