DOCUMENTS UNDER SEAL ☐   DOCUMENT NUMBER:

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy Lerma Garcia | REPORTER/FTR FTR 7/24/07 12:18:44-12:41:46 |
|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 7/24/07 | NEW CASE ☐ / CASE NUMBER CR-07-00384-WDB |

### APPEARANCES

| DEFENDANT KENNETH BRANCHE | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Shashi Kewalramani and Adam Lowry | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Victoria Gibson | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☒ JUGM'T & SENTG 11 Mins HELD | ☒ STATUS RE: CONSENT BEF. MAG. 3 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | ☐ ID/REMOVALHRG | ☒ CHANGE PLEA 9 Mins HELD | ☐ PROB. REVOC. | ☐ SUP REL HRG |

**FILED JUL 2 4 2007**
RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### INITIAL APPEARANCE
☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT
☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE
☐ RELEASED ON O/R  ☐ ISSUED APPEARANCE BOND  AMT OF SECURITY $  SPECIAL NOTES  ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA
☒ CONSENT ENTERED  ☐ NOT GUILTY  ☒ GUILTY  GUILTY TO COUNTS: ☐

☒ PRESENTENCE REPORT ORDERED ~~WAIVED BY THE DEFT.~~  ☐ CHANGE OF PLEA  ☒ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE
TO: / AT: / BEFORE HON: / ☐ TIME WAIVED / ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 / ☐ I.D. COUNSEL / ☐ BOND SIGNING / ☐ SUBMIT FINAN. AFFIDAVIT / ☐ PRELIMINARY HEARING OR ARRAIGNMENT / ☐ DETENTION HEARING / ☐ IDENTITY/REMOVAL / ☐ STATUS RE: CONSENT / ☐ CHANGE OF PLEA / ☐ MOTIONS / ☐ PRETRIAL CONFERENCE / ☐ STATUS/TRIAL SET / ☐ BAIL REVIEW / ☐ JUDGMENT & SENTENCING / ☐ PROB/SUP.REL. REV. HEARING

cc: WDB's Stats, Probation

### ADDITIONAL PROCEEDINGS

The Court adopted the sentencing recommendation of the govt's and deft's attys. as set forth in the plea agreement in paragraph 15 on page 4. JUDGMENT: The deft. is sentenced to probation for a term of 2 years. The deft. shall comply with the standard conditions of probation & shall comply with the following spec. conditions: 1. The deft. shall pay to the U.S. a spec. assessment of $25.00 due by 4:00 p.m. on 7/24/07, 2. The deft. shall pay restitution of $2,000.00 to Fed. Emergency Mgmt. Agency (FEMA). The deft. claimed that he has already paid the full $2,000.00 restitution to FEMA. The deft. must provide the Prob. Officer with proof of full payment of $2,000.00 restitution with FEMA. If the deft. has not already paid the full $2,000.00, he must pay restitution in monthly installments of $100.00 beg. in the 1st 5 days of Sept. 2007, thereafter, payment is due by the fifth day of each month; 3. The deft. shall pay to the U.S. a fine of $1,000.00 in monthly installments of $50.00. His 1st monthly installment of $50.00 is due sometime in the 1st 5 days of Sept. 2007, thereafter, payment is due by the 5th day of each month. SEE JUDGMENT FOR MORE PARTICULARS