10/15/2007 02:07 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

**FILED**
OCT 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN407CR000384   US V. KENNETH BRANCHE

| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 690.00 | CQ 0746100502 | 0 | PR | 310.00 | 09/20/2007 |
| 001 | KENNETH BRANCHE | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 4461001013 | 0 | PR | 25.00 | 07/24/2007 |
| | | | | | | Sub-Total | | | 2,335.00 | |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CK DCAN407CR000384 | 0 | PR | 2,000.00 | 09/20/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CQ 0746100502 | 0 | PR | (310.00) | 09/20/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CT 4461001114 | 0 | PR | 160.00 | 08/17/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CT 4461001194 | 0 | PR | 150.00 | 09/07/2007 |
| | | | | | | Sub-Total | | | 2,000.00 | |
| | | | | | | Division Payment Total | | | 2,335.00 | |
| | | | | | | Grand Total | | | 2,335.00 | |

$ 2000.₀₀ RESTITUTION PAID IN FULL

NOTE: Restitution payment was paid directly to the victims on 12/15/04 and i was only informed by the victim on 9/20/07.

Page 1 of 1