03/19/2008 04:06 PM EDT

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Oakland

Case No. DCAN407CR000384    US V. KENNETH BRANCHE

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Ln # | Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CQ 07461100502 | 2 | PR | 310.00 | 09/20/2007 |
| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611015065 | 1 | PR | 100.00 | 01/28/2008 |
| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611017119 | 1 | PR | 220.00 | 03/18/2008 |
| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 44611001397 | 1 | PR | 100.00 | 10/22/2007 |
| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 44611001539 | 1 | PR | 50.00 | 11/27/2007 |
| 001 | KENNETH BRANCHE | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 44611001854 | 1 | PR | 220.00 | 02/22/2008 |
| | | | | | | Sub-Total | | | 1,000.00 | |
| 001 | KENNETH BRANCHE | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001013 | 1 | PR | 25.00 | 07/24/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CK DCAN407CR000384 | | PR | 2,000.00 | 09/20/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CQ 07461100502 | 1 | PR | (310.00) | 09/20/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CT 44611001114 | 1 | PR | 160.00 | 08/17/2007 |
| 001 | KENNETH BRANCHE | 6855XX | VICTIM RESTITUTION | 2,000.00 | 0.00 | CT 44611001194 | 1 | PR | 150.00 | 09/07/2007 |
| | | | | | | Sub-Total | | | 2,000.00 | |
| | | | | | | Division Payment Total | | | 3,025.00 | |
| | | | | | | Grand Total | | | 3,025.00 | |

$ 1,000. FINE PAID IN FULL on 3/18/08

Page 1 of 1